IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ISAAC DEWAYNE RUSSELL                                                            PLAINTIFF
ADC #132326

V.                                     NO.  2:06cv00207 JWC

JOHN MOSS, et al                                                                        DEFENDANTS

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date and pursuant to the order entered November 2, 2006 (doc. 13), judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its orders and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 10th day of November, 2008.

_____
UNITED STATES MAGISTRATE JUDGE